On respondent's motion for reconsideration filed April 2, reconsideration allowed; opinion (111 Or App 656, 825 P2d 297 (1992)) withdrawn; convictions affirmed and remanded for resentencing June 2, 1993

STATE OF OREGON,
*Respondent,*

*v.*

DANNY EUGENE WASHBURN,
*Appellant.*

(9002851CR; CA A68600)

852 P2d 971

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, for motion.

Before Richardson, Chief Judge, and Deits and Durham, Judges.

PER CURIAM

Motion for reconsideration allowed; opinion withdrawn; convictions affirmed and remanded for resentencing. *State v. Ferrell*, 315 Or 213, 843 P2d 939 (1992).